NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 04 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>TIMOTHY JAMES PULLIAM,<br><br>Defendant - Appellant. | No. 15-30015<br><br>D.C. No. 9:14-cr-00012-DWM-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, Senior District Judge, Presiding

Submitted February 1, 2016[**]
Seattle, Washington

Before:    **KOZINSKI** and **O'SCANNLAIN**, Circuit Judges, and **ORRICK**,[***]
District Judge.

**AFFIRMED** for the reasons stated by the district court.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

[***] The Honorable William Horsley Orrick III, District Judge for the U.S. District Court for the Northern District of California, sitting by designation.